Stephanie M. Cerasano (State Bar #017171)
Victoria R. Torrilhon (State Bar No. 028735)
**JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
Stephanie.Cerasano@jacksonlewis.com
Victoria.Torrilhon@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA HENRY, a married person, | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| THE TOWN OF WICKENBURG, an Arizona Municipal Corporation, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1331, 1441(a)-(c) and 1446 and Local Rule 3.7 of the Rules of Practice of the District Court for the District of Arizona, Defendant Town of Wickenburg files this Notice of Removal for the following reasons:

1. A civil action has been commenced and is now pending in the Superior Court of Arizona, Maricopa County, Case No. CV2012-007062, with the above caption.

- 1 -

2. Copies of the Complaint, Summons and Plaintiff's Certificate of Compulsory Arbitration were served upon Defendant on May 3, 2012.

3. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) – (c) on the grounds that the Court has original jurisdiction by virtue of federal question jurisdiction.  Plaintiff's Complaint asserts causes of action for alleged violations of due process and breach of contract.

4. Pursuant to Local Rule. 3.7, the documents listed below are attached as Exhibit A:

| Date | Description |
|---|---|
| 04/19/12 | Complaint |
|  | Plaintiff's Certificate of Compulsory Arbitration |
| 05/14/12 | Affidavit of Service |

5. Pursuant to Local Rule. 3.7, the undersigned counsel for Defendant verifies that, to the best of her knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the State Court proceeding.

6. Defendants have on this date given written notice of this filing to Plaintiff Donna Henry, and have given notice of this filing, together with a copy of the Notice of Removal, to the Clerk of the Superior Court, Maricopa County, Arizona pursuant to 28 U.S.C. § 1446 and Local Rule 3.7, a copy of which is attached as Exhibit B.

WHEREFORE, Defendants respectfully request that Case No. CV2012-007062 be removed from the Superior Court of Maricopa County, Arizona into this Court and that this Court make and enter an order of removal of Case No. CV2012-007062.

RESPECTFULLY SUBMITTED this 24th day of May 2012.

JACKSON LEWIS LLP


By: /s/Stephanie M. Cerasano
Stephanie M. Cerasano
Victoria R. Torrilhon
Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2012, I electronically transmitted this document to the Clerk's Office using the ECF System for filing. I hereby certify that a true and correct copy of the foregoing was served via first-class mail upon the following on this 24th day of May, 2012.

Gil Shaw
Attorney & Counselor at Law
105 South Cortez
Second Floor
Prescott, AZ 86303
Attorneys for Plaintiff

By: /s/Valerie J. Armstrong

4832-8072-5007, v. 1

- 3 -